BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
atagvoryan@blankrome.com
Julianna M. Simon (SBN 307664)
jmsimon@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:   424.239.3400
Facsimile:    424.239.3434

Attorneys for Defendant,
BASKIN-ROBBINS USA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>      vs.<br><br>BASKIN-ROBBINS USA, LLC, a California corporation; and DOES 1 to 10, inclusive,<br><br>                              Defendants. | Case No. 2:19-cv-05654-MWF-SS<br><br>*[Assigned for all purposes to Honorable Michael W. Fitzgerald, Dept. 5a]*<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT TO STRIKE PLAINTIFF'S CASE STATEMENT AND DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. RULE. CIV. P. 41(B)**<br><br>*[Concurrently filed with Memorandum of Points and Authorities, Declaration of Julianna Simon, and [Proposed] Order]*<br><br>Date: October 21, 2019<br>Time: 10:00 AM<br>Dept: First Street Courthouse<br>          350 West First Street<br>          Courtroom 5A<br>          Los Angeles, CA 90012<br><br>Complaint Filed:   06/28/2019<br>Trial Date:             Not Set |

152399.00617/121741406v.2

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO STIKE PLAINTIFF'S CASE STATEMENT AND DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. RULE. CIV. P. 41(B)**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on October 21, 2019 at 10:00 a.m., in Courtroom 5A, in the above captioned court, located at 350 West First Street, Courtroom 5A, Los Angeles, California 90012, before the Honorable Michael W. Fitzgerald, defendant Baskin-Robbins USA, LLC, by and through its undersigned counsel, will, and hereby does, move to strike Plaintiff's Case Statement and dismiss the complaint of Plaintiff Brett Desalvo ("Plaintiff") pursuant to Federal Rule of Civil Procedure 41(b).

Good cause exists to grant the motion to strike Plaintiff's Case Statement and to dismiss the Complaint (the "Motion") because Plaintiff has failed to prosecute his case in good faith, failed to comply with the Court's August 13, 2019 Order, and failed to file a case statement that fully sets forth the basis of Plaintiff's claims and the damages Plaintiff purportedly suffered.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Julianna Simon ("Simon Decl."), all of the papers on file with this Court, and upon such oral argument and/or documentary matters as may be presented to this Court at or before the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 5, 2019. Simon Decl., ¶ 6.

DATED: September 12, 2019        **BLANK ROME LLP**

By: _/s/ Julianna S._
Ana Tagvoryan
Julianna M. Simon
Attorneys for Defendant,
BASKIN-ROBBINS USA, LLC