UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 19-5654 MWF (SSx)                                           Date: September 18, 2019

Title      Brett DeSalvo v. Baskin-Robbins USA, LLC, et al.

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

|                Rita Sanchez                |         Not Reported         |
|:------------------------------------------:|:----------------------------:|
|                Deputy Clerk                |   Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:                        Attorneys Present for Defendants:
Not Present                                              Not Present

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S CASE STATEMENT AND DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 41(b); ORDER TO ADR PROGRAM TO ASSIGN MEDIATOR**

Plaintiff Brett DeSalvo filed the Complaint in this action on June 28, 2019 ("Complaint"). (Docket No. 1). On August 6, 2019, Defendant Baskin-Robbins USA, LLC, filed an Application for Stay and Early Mediation ("ADA Application"). (Docket No. 9). On August 13, 2019, the Court issued an Order Granting Application for Stay and Early Mediation ("ADA Order"). (Docket No. 14). The ADA Order ordered the mediation proceeding to be completed no later than October 28, 2019, and stayed the action until November 12, 2019.

Pursuant to the Court's ADA Order, Plaintiff was to file and serve "Plaintiff's Case Statement" no later than August 27, 2019. ADA Order, ¶ 3. Plaintiff's Case Statement was not filed until September 4, 2019. (Docket No. 15).

On September 12, 2019, Defendant filed a Motion to Strike Plaintiff's Case Statement and Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 41(b) ("Defendant's Motion"). (Docket No. 16). While the Court recognizes that Plaintiff's Case Statement was untimely – eight days late – there was no prejudice to Defendant because a mediator had not been selected or assigned to this matter. Therefore, the Court **DENIES** Defendant's Motion without prejudice. If

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 19-5654 MWF (SSx)**                              Date: September 18, 2019

Title   **Brett DeSalvo v. Baskin-Robbins USA, LLC, et al.**

mediation is ultimately not successful, Defendant may file a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(b) after the stay has expired.

On September 17, 2019, Plaintiff filed a Notice of Errata and Plaintiff's Selection of Panel Mediator. The Court's Form ADR-02, Stipulation Regarding Selection of Panel Mediator, was modified to reflect that Ms. Cheng was Plaintiff's unilateral selection because Defendant objects to Ms. Cheng serving as the mediator. Since it appears the parties are unable to agree on a mediator, the Court **ORDERS** its ADR Program to select and assign a Panel Mediator to this case.

cc:   ADR Program

Initials of Preparer:  RS/sjm